## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE:                                          *

Renee A. Chrustowski                            *       Case No. 25-mc-34

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

On May 5, 2025, Renee A. Chrustowski submitted a documents to the Clerk's Office in order to record or to file a miscellaneous case. Upon further review by the Court, the documents do not satisfy the requirements for recording a document or filing a miscellaneous case in this Court. Specifically, miscellaneous cases are reserved for administrative matters that require and seek resolution through the judicial system. The submitted documents require no judicial resolution and therefore are not appropriate for filing with the Court as a miscellaneous case. Documents are recorded only if they pertain to an index maintained by the Clerk's Office. The documents submitted do not pertain to any such index. Accordingly, it is hereby;

ORDERED that the Clerk of Court open a Miscellaneous Docket for the entry of this Order, only, for which the Clerk of Court may retain for the United States any docket fee submitted;

ORDERED that the Clerk of Court RETURN as unfiled Renee A. Chrustowski's document(s) submitted on May 5, 2025, and it is further,

ORDERED that the Clerk of Court shall mail a copy of this Order, along with the unfiled/unrecorded document(s) to Renee A. Chrustowski at 711 Wood Duck Ct., Middletown, DE 19709.

May 14, 2025

_____
Renée Marie Bumb, Chief Judge,
United States District Judge